# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CLEAN AIR COUNCIL, | : | No. 494 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| COUNTY OF ALLEGHENY, A POLITICAL | : | |
| SUBDIVISION OF THE | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, ACTING THROUGH | : | |
| THE ALLEGHENY COUNTY HEALTH | : | |
| DEPARTMENT, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.